01129-81402

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MICHAEL GEORGE,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CITY OF BROWNSVILLE, TENNESSEE, BILL RAWLS,** Individually and in his official capacity as the Mayor for the City of Brownsville, Tennessee, and **JEREMY McCLINTON,** individually,<br><br>    **Defendants.** | Civil Action No. 1:16-cv-01325-STA-egb |

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of this case on the grounds that they have reached a settlement agreement. Other than as provided for in the settlement agreement, each party is responsible for its own costs and fees.

    Respectfully submitted,

    Weinman Thomas Law Firm

    By: <u>s/Michael L. Weinman by Dale Conder w/ permission</u>
    Michael L. Weinman
    P.O. Box 266
    Jackson, TN 38302

    Counsel for Plaintiff

1

01129-81402

RAINEY, KIZER, REVERIE & BELL, P.L.C.

By: s/ Dale Conder
DALE CONDER, JR., BPR #015419
MATTHEW R. COURTNER, BPR #29113
Attorneys for Defendants
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
dconder@raineykizer.com
mcourtner@raineykizer.com