# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GEORGE,** | |
| Plaintiff, | |
| vs. | **Civil Action No. 1:16-cv-01325-STA-egb** |
| **CITY OF BROWNSVILLE, TENNESSEE, BILL RAWLS,** Individually and in his official capacity as the Mayor for the City of Brownsville, Tennessee, and **JEREMY McCLINTON,** individually, | |
| Defendants. | |

## ORDER DISMISSING CASE
_____

This matter came before the Court pursuant to the parties' filing of a notice of voluntary dismissal. (ECF No. 21.) Because the parties have resolved this case by settlement, the Court dismisses this action with prejudice. Other than as provided in the settlement agreement, each party is responsible for its own attorneys' fees and costs.

This the 19th day of April, 2017.

s/ S. Thomas Anderson
S. Thomas Anderson
Chief United States District Judge