UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**MICHAEL GEORGE,**         **JUDGMENT IN A CIVIL CASE**

    **Plaintiff**

**v.**

**CITY OF BROWNSVILLE, TENNESSEE,**

    **Defendant.**

    **CASE NO: 16-1325-STA-egb**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case entered on April 19, 2017, this cause is hereby dismissed with prejudice.**

    **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 4/19/2017**                                    **THOMAS M. GOULD**
                                                                             **Clerk of Court**

                                                                   **s/Maurice B. BRYSON**
                                                                       **(By)   Deputy Clerk**